UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

BYRON L. SCOTT,

    Petitioner,

v.

L. SCOTT MCEWEN, Warden,

    Respondent.

Case No. EDCV 11-2017-R (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: _Jan. 3, 2012_

Manuel L. Real
United States District Judge